UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**JEFFREY JENNINGS,**               )
                                    )
      **Plaintiff,**         )
                                    )
      v.                    )   Civil Action No. 12-410 (RWR)
                                    )
**REGGIE WALTON,**                  )
                                    )
      **Defendant.**         )
_____)

### MEMORANDUM OPINION

    Pro se plaintiff Jeffrey Jennings has filed a civil complaint against Judge Reggie Walton of the United States District Court for the District of Columbia, alleging that the "Judge never got back to [him]" with regard to a separate civil case filed by Jennings and originally assigned to Judge Walton. (Compl. at 1.)  Jennings seeks $846.63 in money damages from Judge Walton for hotel and other unspecified expenses.

    Judges are absolutely immune from lawsuits predicated on their official acts in matters over which they have jurisdiction. Forrester v. White, 484 U.S. 219, 225 (1988); Stump v. Sparkman, 435 U.S. 349, 355-57 (1978); Sindram v. Suda, 986 F.2d 1459, 1460 (D.C. Cir. 1993).  Jennings' suit is predicated on Judge Walton's official actions in the separate civil case, and Jennings makes no showing that Judge Walton presided in the clear absence of the jurisdiction which Jennings invoked in order to bring that

-2-

action.  Because Judge Walton enjoys immunity from suit here, the complaint will be dismissed.

An appropriate order accompanies this memorandum opinion.

SIGNED this 6th day of April, 2012.

```
              /s/
RICHARD W. ROBERTS
United States District Judge
```